## United States District Court
### Western District of Texas
### El Paso Division

FILED
Dec 6 2018
Clerk, U.S. District Court
Western District of Texas

By: _____
Deputy

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| vs. § | No: EP:18-M -08941(1)  RFC |
| § § | |
| **(1) EDUARDO MORALES JR** § § | |
| *Defendant* | |

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Because the interests of justice so require, the FEDERAL PUBLIC DEFENDER of this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of the Court.

It is, accordingly, so **ORDERED** this the 6th day of December, 2018.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE