JUDGE PHILIP MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2018 DEC 27 PM 1:18

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-18-CR- |
| Plaintiff, | § | |
| | § | **INDICTMENT** |
| v. | § | |
| | § | CT 1: 21:952(a)-Importation of a Controlled Substance; and |
| EDUARDO MORALES JR., | § | |
| Defendant. | § | CT 2: 21:841(a)(1)-Possession of a Controlled Substance With Intent to Distribute. |

**EP18CR3670**

THE GRAND JURY CHARGES:

**COUNT ONE**
(21 U.S.C. §§ 952(a) & 960(a)(1) & 960(b)(4))

That on or about December 4, 2018, in the Western District of Texas, Defendant,

**EDUARDO MORALES JR.,**

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1) & 960(b)(4).

Rev. 2017-07-28

## COUNT TWO
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(D))

That on or about December 4, 2018, in the Western District of Texas, Defendant,

**EDUARDO MORALES JR.,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & 841(b)(1)(D).

A TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

Rev. 2017-07-28